JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MIKE TUFELE,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-06646-SHK<br><br>JUDGMENT |

  It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order.

DATED: 5/2/2023

                _____
                HONORABLE SHASHI H. KEWALRAMANI
                United States Magistrate Judge